reau of Internal Revenue, were on the brief, for respondent.

No. 64. DIRECTOR OF THE LANDS OF THE PHILIPPINE ISLANDS *v.* VILLA-ABRILLE ET AL. Argued February 27, March 2, 1931. Decided March 2, 1931. *Per Curiam:* In view of the facts disclosed upon the oral argument of this case, the writ of certiorari is dismissed as improvidently granted. *Mr. William Cattron Rigby,* with whom *Messrs. Delfin Jaranilla,* Attorney General of the Philippine Islands, *W. A. Graham, A. R. Stallings, Grant T. Trent,* and *Edward A. Kreger* were on the brief, for petitioner. *Mr. H. Mason Welch,* with whom *Mr. Michael J. Lane* was on the brief, for respondents.

No. 607. ALDRICH ET AL. *v.* CITY OF NEW YORK ET AL. Jurisdictional statement submitted March 2, 1931. Decided March 9, 1931. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Zucht* v. *King,* 260 U. S. 174, 176; *Sauer* v. *City of New York,* 206 U. S. 536, 548. *Mr. Anthony J. Ernest* for appellants. *Messrs. Arthur J. W. Hilly, Frank Nevius, Asa B. Kellogg,* and *Harvey D. Jacob* for appellees.

No. 622. NASHVILLE, CHATTANOOGA & ST. LOUIS RY. Co. *v.* CARROLL COUNTY ET AL. Jurisdictional statement submitted March 2, 1931. Decided March 9, 1931. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *New York ex rel. Hatch* v. *Reardon,* 204 U. S. 152, 160; *Hooker* v. *Burr,* 194 U. S. 415; *Ohio*

v. *Akron Park District*, 281 U. S. 74, 81. *Mr. Fitzgerald Hall* for appellant. *Mr. Joseph W. Byrns* for appellees.

No. 623. NASHVILLE, CHATTANOOGA & ST. LOUIS RY. Co. *v.* BENTON COUNTY ET AL. Jurisdictional statement submitted March 2, 1931. Decided March 9, 1931. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *New York ex rel. Hatch* v. *Reardon,* 204 U. S. 152, 160; *Hooker* v. *Burr,* 194 U. S. 415; *Ohio* v. *Akron Park District,* 281 U. S. 74, 81. *Mr. Fitzgerald Hall* for appellant. *Mr. Joseph W. Byrns* for appellees.

No. 625. PHILADELPHIA ELECTRIC Co. *v.* PHILADELPHIA. Jurisdictional statement submitted March 2, 1931. Decided March 9, 1931. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Missouri & Kansas Interurban Ry. Co.* v. *City of Olathe,* 222 U. S. 187, 190; *Cross Lake Shooting & Fishing Club* v. *Louisiana,* 224 U. S. 632. *Mr. Francis B. Bracken* for appellant. *Messrs. G. Coe. Farrier, Ernest Lowengrund,* and *Augustus Trask Ashton* for appellee.

No. 134. NORTH BEND STAGE LINE, INC., *v.* DENNEY, DIRECTOR, ET AL. Argued March 4, 5, 1931. Decided March 9, 1931. *Per Curiam:* It appearing that the order of the Department of Public Works is supported by the evidence, the judgment of the Supreme Court of Washington is affirmed. *Mr. Thomas E. DeWolfe* argued